UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARISOL ALMEYDA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-00250-JLT-CDB<br><br>ORDER GRANTING PLAINTIFFS' CONSTRUED MOTION TO AMEND<br><br>(Doc. 7)<br><br>ORDER DIRECTING CLERK OF THE COURT TO STRIKE PLAINTIFFS' COMPLAINT AND FILE FIRST AMENDED COMPLAINT<br><br>(Docs. 1, 7-1 at 3-54) |

Plaintiffs Marisol Almeyda, Tony Scott, and C.A., by and through her purported guardian ad litem Marisol Almeyda (collectively, "Plaintiffs") initiated this action with the filing of a complaint against Defendants County of Kern ("County"), Logan Bebee, Nathan Lloyd, Daniel Pietrangelo, Ryan Smith, Erik Hallmark, Joanne Teel, Jackie Maxwell, Sabrina Neubauer, and Nicole Pockerandt (collectively, "Defendants") on January 12, 2026.[1]  (Doc. 1).

On January 16, 2026, Plaintiffs filed a notice of errata and motion to strike the complaint. (Doc. 7).  Counsel for Plaintiffs represents that following the Court's order questioning whether a guardian ad litem properly had been appointed for C.A., counsel noted that minor Plaintiff C.A.'s

---

[1] On January 14, 2026, the Court directed Plaintiffs to file motions for appointment of guardian ad litem and to proceed under pseudonym for C.A. or a report why such motions are not necessary.  (Doc. 6).

full name appeared in three separate paragraphs of the complaint in contravention to Federal Rule of Civil Procedure 5.2 which permits only for a minor's initials to be published. *Id.* at 2. Plaintiffs therefore request that the Clerk of the Court remove Plaintiffs' initial complaint filing from the docket and file in its stead the revised complaint attached to the declaration of counsel for Plaintiffs. *Id.*; *see* (Doc. 7-1, 3-54 ("Attachment A")) (revised copy of Plaintiffs' initial complaint).  Counsel for Plaintiffs declares that the only changes in the revised complaint are in paragraphs 5, 7, and 219, which replaces minor Plaintiff C.A.'s full name with her initials.  *Id.*

Plaintiffs are entitled to amend their pleading without leave of Court under Federal Rule of Civil Procedure 15(a)(1)(B).  *See* Fed. R. Civ. P. 15(a)(1)(B) ("A party may amend its pleading once as a matter of course no later than … 21 days after service of a motion under Rule 12(b), (e), or (f)").  Because Plaintiffs timely lodged their revised complaint (*see* Attachment A), which the Court construes as Plaintiffs' proposed first amended complaint ("FAC") within the time permitted under Rule 15(a)(1)(B), they may amend their pleading without leave of court.  Therefore, the Court will grant Plaintiffs' construed motion to amend and direct the Clerk of the Court to strike Plaintiffs' initial complaint and file Plaintiffs' proposed FAC as a standalone filing on the docket as Plaintiffs' operative pleading.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiffs' construed motion to amend (Doc. 7) is GRANTED;

2.  The Clerk of the Court is DIRECTED to STRIKE Plaintiffs' initial complaint (Doc. 1) from the docket; and

3.  The Clerk of the Court is DIRECTED to file as a stand-alone docket entry the lodged first amended complaint ("FAC") attached as "Attachment A" to counsel for Plaintiffs' declaration in support of Plaintiffs' construed motion to amend (Doc. 7-1 at 3-54) as the operative complaint.

IT IS SO ORDERED.

Dated:    **January 20, 2026**    _____

UNITED STATES MAGISTRATE JUDGE

2