UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARISOL ALMEYDA, *et al.*,

                    Plaintiffs,

        v.

COUNTY OF KERN, *et al.*,

                    Defendants.

Case No. 1:26-cv-00250-JLT-CDB

ORDER ON STIPULATION RE: DEFENDANTS SERVED, FOR UNIFORM RESPONSE FILING DATES, AND FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

(Doc. 33)

**Relevant Background**

Plaintiffs Marisol Almeyda, Tony Scott, and C.A., by and through her guardian ad litem Marisol Almeyda (collectively, "Plaintiffs") initiated this action with the filing of a complaint against Defendants County of Kern ("County"), Logan Bebee, Nathan Lloyd, Daniel Pietrangelo, Ryan Smith, Erik Hallmark, Joanne Teel, Jackie Maxwell, Sabrina Neubauer, and Nicole Pockerandt (collectively, "Defendants") on January 12, 2026. (Doc. 1). On January 20, 2026, the Court granted Plaintiffs' construed motion to amend, directed the Clerk of the Court to strike Plaintiffs' original complaint (Doc. 1) and docket the first amended complaint (Doc. 9) as Plaintiffs' operative pleading. (Doc. 8).

On April 10, 2026, Plaintiffs filed summonses returned executed for Defendants County of Kern, Sabrina Neubauer, Daniel Pietrangelo, Erik Hallmark, Jackie Maxwell, Logan Bebee, Nathan Lloyd, Nicole Pockerandt, and Ryan Smith. (Docs. 22-30). On April 14, 2026, for good

1

cause shown, the Court extended to April 28, 2026, the time for Plaintiffs to file summons returned executed as to Defendant Teel and any remaining unserved Defendants.  (Doc. 32).

**Discussion**

Pending before  the Court is the parties' stipulated request, filed on April 23, 2026, for an order: (1) to deem all named Defendants in the original complaint, the first amended complaint, and the proposed second amended complaint ("SAC") as parties to this action, including County of Kern, Logan Bebee, Nathan Lloyd, Daniel Pietrangelo, Ryan Smith, Erik Hallmark, Joanne Teel, Jacqueline Maxwell, Sabrina Neubauer, and Nicole Pockrandt; (2) that Plaintiffs provide counsel for Defendant Joanne Teel (Victoria R. Bernhardt) with a proof of service by notice and acknowledgement of receipt ("POS") in the form attached to the stipulation, which shall be executed by Ms. Teel pursuant to the stipulation; (3) that counsel Bernhardt will return the executed form to counsel for Plaintiffs for filing within five days of the entry of this order, and Plaintiffs' counsel shall file said document on CM/ECF promptly upon receipt; (4) that the deadline to effect service on Defendant Teel be extended to May 7, 2026, (5) that all Defendants' responses to the first amended complaint or alternatively the SAC, if filing thereof is allowed by the Court, must be filed by May 18, 2026; and (6) that Plaintiffs shall file the proposed SAC included in the (Doc. 21) filing correcting the spelling of the names of Defendants Jacqueline Maxwell, Nicole Pockrandt, and Joanne Teel within two days of the filing of the Court's order on stipulation.  (Doc. 33); *see* (Doc. 33-1 at 1-2).  The parties represent that Defendants do not oppose and agree with Plaintiffs' filing of the proposed SAC at (Doc. 21-1 at 5-84).  *Id.* at 2.

Based on the parties' representations, and for good cause shown, the Court will grant the parties' stipulated requests to extend the deadline to effect service on Defendant Teel, for leave for Plaintiffs to file the proposed SAC on the docket as their operative pleading, and set a unified deadline for all Defendants to respond to the SAC as set forth below.

**Conclusion and Order**

Based on the foregoing, IT IS HEREBY ORDERED that:

1.  The parties' stipulated request (Doc. 33) is GRANTED;

2.  Plaintiffs SHALL effect service on Defendant Joanne Teel no later than May 7, 2026;

3.  Plaintiffs SHALL provide counsel for Defendant Joanne Teel, Victoria R. Bernhardt, with a proof of service by notice and acknowledgement of receipt ("POS") in the form attached to the stipulation, which shall be executed by Ms. Teel pursuant to the stipulation;

4.  Counsel Bernhardt will return the executed form to counsel for Plaintiffs for filing within five (5) days of the entry of this order, and Plaintiffs' counsel shall file said document on CM/ECF promptly upon receipt;

5.  Plaintiffs' request for leave to file the proposed SAC (Doc. 21 at 5-84) is GRANTED;

6.  Plaintiffs SHALL FILE within two (2) days of entry of this order the proposed SAC (Doc. 21 at 5-84) as a separate filing on the docket as Plaintiffs' operative pleading; and

7.  Defendants SHALL FILE a response to Plaintiffs' SAC no later than May 18, 2026.

IT IS SO ORDERED.

Dated:   **April 28, 2026**                                    _____

UNITED STATES MAGISTRATE JUDGE

3