UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL ALMEYDA, *et al.*, | Case No. 1:26-cv-00250-JLT-CDB |
| Plaintiffs, | ORDER ON SECOND STIPULATION EXTENDING TIME *NUNC PRO TUNC* FOR PLAINTIFFS TO RESPOND TO COUNTY DEFENDANTS' MOTION TO DISMISS |
| v. | |
| COUNTY OF KERN, *et al.*, | |
| Defendants. | (Doc. 49) |

**Relevant Background**

Plaintiffs Marisol Almeyda, Tony Scott, and C.A., by and through her guardian ad litem Marisol Almeyda (collectively, "Plaintiffs") initiated this action with the filing of a complaint against Defendants County of Kern ("County"), Logan Bebee, Daniel Pietrangelo, Ryan Smith, Erik Hallmark, Joanne Teel, Jackie Maxwell, Sabrina Neubauer, Nicole Pockerandt (collectively, "County Defendants"), and Nathan Lloyd on January 12, 2026. (Doc. 1). On January 20, 2026, the Court granted Plaintiffs' construed motion to amend, directed the Clerk of the Court to strike Plaintiffs' original complaint (Doc. 1) and docket the first amended complaint (Doc. 9) as Plaintiffs' operative pleading. (Doc. 8).

On June 2, 2026, County Defendants filed the pending motion to dismiss the FAC. (Doc. 44). Defendant Lloyd filed an answer to the FAC the next day. (Doc. 45). On June 11, 2026, the Court granted the parties' first stipulated request to extend time for Plaintiffs to file a response to

1

County Defendants' motion to dismiss by no later than June 23, 2026.  (Doc. 47).

**Discussion**

Pending before  the Court is the parties' second stipulated request, filed on June 24, 2026, to extend time for Plaintiffs to file a response to the pending motion to dismiss by one day to June 24, 2026.  (Doc. 49).  The parties represent that counsel for Plaintiffs contacted counsel for County Defendants regarding a personal obligation on June 23, 2026—the day Plaintiffs' response was due—and the parties agreed to a one-day extension of Plaintiffs' filing deadline.  *Id.* ¶ 5.

For good cause shown, the parties' stipulated request will be granted *nunc pro tunc*.

**Conclusion and Order**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiffs' due date for filing a response to County Defendants' motion to dismiss is extended *nunc pro tunc* from June 23, 2026, to **June 24, 2026**;

2. County Defendants' time to file any optional reply brief remains on or before July 6, 2026.  (Doc. 47).

IT IS SO ORDERED.

Dated:   **June 25, 2026**

UNITED STATES MAGISTRATE JUDGE